IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

*FILED*
*2015 MAR 31  AM 10: 38*
*CLERK US DISTRICT COURT*
*WESTERN DISTRICT OF TEXAS*
*BY _____*
*DEPUTY*

| | | |
|---|---|---|
| JANA CHILDERS (INDIVIDUALLY, AND AS EXECUTRIX FOR THE ESTATE OF JESSE CHILDERS) AND THE ESTATE OF JESSE CHILDERS, PLAINTIFFS, | § § § § § § | |
| V. | § § | CAUSE NO. A-14-CV-916-LY |
| SAN SABA COUNTY, ALLEN BROWN (INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS SAN SABA COUNTY SHERIFF), BYRON THEODOSIS (INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS SAN SABA COUNTY JUDGE), AND NORTH SAN SABA WATER SUPPLY CORPORATION, DEFENDANTS. | § § § § § § § § § § | |

## ORDER

Before the court is the above-styled cause of action, which was filed in this court on October 3, 2014. The record reflects that no action has taken place in this cause since it was filed. There is no evidence in the record that Plaintiff has completed service upon Defendants within 120 days, as required by Federal Rule of Civil Procedure 4(m).

**IT IS THEREFORE ORDERED** that Plaintiffs shall show cause **in writing** why this cause should not be dismissed for want of prosecution **on or before April 15, 2015.**

SIGNED this _31st_ day of ~~April~~ March, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE