IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JANA CHILDERS (INDIVIDUALLY, AND AS THE EXECUTRIX OF THE ESTATE OF JESSE CHILDERS) AND THE ESTATE OF JESSE CHILDERS, DECEASED,<br>*Plaintiffs*,<br><br>v.<br><br>SAN SABA COUNTY, ALLEN BROWN (INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS SAN SABA COUNTY SHERIFF), BYRON THEODOSIS (INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS SAN SABA COUNTY JUDGE), AND NORTH SAN SABA WATER SUPPLY CORPORATION.<br>*Defendants.* | CIVIL ACTION NO. 1:14-CV-0916-LY |

## ORDER

ON THIS DAY came to be considered Defendant North San Saba Water Supply Corporation's Motion to Dismiss, pursuant to Rules 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure. After considering the Motion, the Court finds it meritorious.

IT IS THEREFORE ORDERD that Defendant North San Saba Water Supply Corporation's Motion to Dismiss is **GRANTED** and Plaintiff's causes of action are hereby dismissed with prejudice.

SIGNED this _____ day of _____, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE